# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

139473 & (18)(23)(24)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

JAMES EARL ADRIAN,
　　　　Defendant-Appellant.

SC: 139473
COA: 290922
Washtenaw CC: 95-004095-FC

_____/

On order of the Court, the miscellaneous motion and motion to add issue are GRANTED. The application for leave to appeal the July 13, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for summary disposition is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

0222